**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **PIERRE PAUL CLESCA,** ) | |
| **A 27 910 149** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 09-00178-KD-N** |
| ) | |
| **TOMMY BUFORD, et al.,** ) | |
| ) | |
| Respondents. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1 (c) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action under 28 U.S.C. § 2241 be **DISMISSED as MOOT.**

**DONE** this 22nd day of July, 2009.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**