IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PIERRE PAUL CLESCA,** <br> **A 27 910 149** | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | ) CIVIL ACTION NO. 09-00178-KD-N <br> ) |
| **TOMMY BUFORD, et al.,** | ) <br> ) |
| Respondents. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the Respondents, Eric Holder, Janet Napolitano, and Tommy Buford and against the Petitioner, Pierre Paul Clesca, and this action be and is hereby **DISMISSED with prejudice**.

**DONE** this 22nd day of July, 2009.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**